UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY DWIGHT DUERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 1:16-cv-1549-SEB-TAB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ENTRY**

The parties' stipulation was **approved** and an Amended Judgment has been issued in the underlying criminal action.

This Entry shall be docketed in the underlying criminal action, No. 1:07-cr-00165-SEB-KPF-1. The petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is granted, specifying the issuance of an Amended Judgment imposing a sentence of **time served** and a **3-year term of supervised release.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 8/17/2017

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sara J. Varner
INDIANA FEDERAL COMMUNITY DEFENDERS
sara.varner@fd.org

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov